UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WATERS, | ) |
| | ) Case No. 16-cv-07953 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDEX FREIGHT, INC. | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, William Waters and Defendant, Fed Ex Freight pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that this action against Defendant FedEx Freight, Inc. is dismissed with prejudice with each party bearing their own fees and costs.

Dated: August 3, 2017

/s/ Kevin O'Connor
Attorney for Plaintiff

Kevin F. O'Connor
Ryan Estes
O'Connor | O'Connor, P.C.
110 E. Schiller Street, Suite 306
Elmhurst, Illinois 60126
Telephone: 630-903-6397
Facsimile: 630-658-0336

/s/ Susan Troester
Attorney for Defendant

Susan Troester
LaPointe Law, P.C.
1200 Shermer Road, Suite 310
Northbrook, Illinois 60062
stroester@lapointelaw.com